IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 1:21-CR-343 (MAD) |
| | ) | | |
| v. | ) | **Indictment** | |
| | ) | | |
| **ROBERT J. INGRAO a/k/a "Bobby,"** | ) | Violations: | 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A) [Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance] |
| **RICHARD SINDE a/k/a "Richie,"** | ) | | |
| **Defendants.** | ) | | |
| | ) | | 21 U.S.C. § 841(a)(1), 841(b)(1)(A); 18 U.S.C. § 2 [Possession with Intent to Distribute a Controlled Substance] |
| | ) | 2 Counts & Forfeiture Allegation | |
| | ) | Counties of Offense: | Greene & Schenectady |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 2 8 2021
AT____ O'CLOCK
John M. Domurad, Clerk - Albany

### THE GRAND JURY CHARGES:

### COUNT 1
[Conspiracy to Distribute and Possess with Intent to Distribute a
Controlled Substance (Cocaine)]

Between on or about March 29, 2021 through April 3, 2021, in Schenectady and Greene Counties in the Northern District of New York, and elsewhere, the defendants, **ROBERT J. INGRAO a/k/a "Bobby,"** and **RICHARD SINDE a/k/a "Richie,"** conspired to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a) and 846. As to **ROBERT J. INGRAO a/k/a "Bobby,"** and **RICHARD SINDE a/k/a "Richie,"** that violation involved 5 kilograms or more of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
### [Possession with Intent to Distribute a Controlled Substance (Cocaine)]

On or about April 2, 2021, in Greene County in the Northern District of New York, and elsewhere, the defendants, **ROBERT J. INGRAO a/k/a "Bobby,"** and **RICHARD SINDE a/k/a "Richie,"** knowingly and intentionally possessed with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. As to **ROBERT J. INGRAO a/k/a "Bobby,"** and **RICHARD SINDE a/k/a "Richie,"** that violation involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(A).

### Forfeiture Allegation

The allegations contained in Count One of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846, the defendant **RICHARD SINDE a/k/a "Richie"** shall forfeit to the United States of America any property constituting, and derived from, any proceeds obtained, directly and indirectly, as the result of such offense, and any property used, and intended to be used, in any manner and part, to commit and to facilitate the commission of, the offense.

/

/

/

The property to be forfeited includes approximately $33,059 in United States currency seized from the Fort Lee, New Jersey residence of **RICHARD SINDE a/k/a "Richie"** on May 11, 2021.

Dated: September 28, 2021

\*\*\*REDACTED\*\*\*
A TRUE BILL,

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140