UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

ROBERT J. INGRAO a/k/a "Bobby,"
RICHARD SINDE a/k/a "Richie,"
JEFFREY C. CIVITELLO SR., and
JEFFREY C. CIVITELLO JR.,

                    Defendants.
_____

UNSEALING ORDER

Criminal No. 1:21-CR-343 (MAD)



Now, on motion of the United States of America by its attorney, Carla B. Freedman, United States Attorney for the Northern District of New York, Michael Barnett, Assistant United States Attorney, of counsel, it is hereby

ORDERED that the Second Superseding Indictment in this matter, sealed on May 24, 2022, is hereby UNSEALED.

Dated:   May 25, 2022

                                                HON. DANIEL J. STEWART
                                                U.S. MAGISTRATE JUDGE