UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.                                      Case No. : 1:21-CR-343-003 (MAD)

RICHARD SINDE

Defendant(s).

---

## WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named Defendant hereby states that (1) the Defendant has received a copy of the above-numbered Indictment, Superseding Indictment, or Information; (2) the Defendant understands the right to appear in person at the Arraignment and hereby waives that right; and (3) the Defendant pleads not guilty to all charges in this case.

DATED: 6/6/22                           _Richard Sinde_
                                        Defendant

DATED: 6/6/22                           _____
                                        Defense Counsel
                                        Stacey Richman

Based on the foregoing, it is hereby **ORDERED** that (1) the Defendant's waiver of appearance at Arraignment is **APPROVED**; and (2) the Defendant is arraigned and the plea of not guilty to all charges is **ACCEPTED** and deemed entered as of the date of this Order.

DATED: 6/27/2022                        _____
                                        UNITED STATES MAGISTRATE JUDGE