

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*         *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

August 9, 2022

Via ECF

Hon. Mae A. D'Agostino
United States District Judge
United States Courthouse
445 Broadway, Albany, New York, 12207

Re:   *United States v. Ingrao et al.*, Case No. 1:21-CR-343 (MAD)

Dear Judge D'Agostino:

I write to respectfully ask the Court to restore the prior motion deadline of September 19, 2022.

On August 8, 2022, the Court entered an Order to Continue that set the motion deadline as February 10, 2023, ahead of a firm trial scheduled for April 17, 2023.

However, at the parties' request (*see* dkt. no. 80), the Court had previously set the motion deadline as September 19, 2022 (dkt. no. 81). The reason for the earlier deadline, in September, was to keep the case moving with motion practice rather than waiting until February for motions to be filed with trial upon us in April.

I respectfully ask that the Court restore the previously ordered motion deadline of September 19, 2022.

Thank you for your attention to his matter.

Respectfully submitted,

CARLA B. FREEDMAN
United States Attorney

*/s/ Michael Barnett*
_____
Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140