

Galarneau Law Firm PLLC
41 State Street, Suite 604-17
Albany, New York 12207
(518) 505-7002
Fax: (518) 254-8197
*Email*: ericmgalarneauesq@gmail.com
www.galarneaulaw.com

October 7, 2022

Hon. Daniel Stewart
United States Magistrate
Judge James T. Foley Courthouse
445 Broadway Albany, New York 12207

Re:   United States v. Jeffrey C. Civitello, Sr.
      Dckt. No. 1:21-CR-00343-004

Dear Judge Stewart:

My client and his wife are invited to attend the wedding of Jennifer Sibincich and Christopher Nardini on October 14, 2022.  The wedding will be held at "Pat's Barn" located at 110 Defreest Drive in Rensselaer, NY. Scheduled to begin at 5:30 p.m., my client would need to seek an extension of his curfew to 8:30 p.m..  I have spoken with AUSA Barnett, who has no objection to the request.

In making this request, I would note that Mr. Civitello was not invited as a mere guest. Rather, the bride, Miss Sibincich, has asked that he walk her down the aisle.  The gesture is far from trivial for either Miss Sibincich or Mr. Civitiello.  Growing up without a father, Miss Sibincich has always regarded Mr. Civitello as a parental figure. For their part, the Civitellos have returned the familial affection, having provided substantial support to Miss Sibincich since she was a child, including helping her pay for college.  The relationship is very close.

That said, I do not make this request lightly. Mr. Civitello fully appreciates the considerations that the Court has extended to him in allowing him to remain at liberty while his case progresses. To my knowledge, he has shown this appreciation through scrupulous compliance with the terms of his release, only requesting adjustments to accommodate meetings with legal counsel or attend to medical procedures and visits.

At the same time, Mr. Civitello is moved by the request from Miss Sibincich, and hopes to honor her on her special day. It is my hope that, in that same spirit, the Court will grant this modest request, being assured that neither Mr. Civitello nor I have taken the privilege of his pre-trial release for granted.

Thank you for your consideration.

Respectfully submitted,

s/Eric M. Galarneau
ERIC M. GALARNEAU ESQ.
41 State St Ste 604-7002
(518) 505-7002
ericmgalarneauesq@gmail.com
Bar No. 509248

cc:     Michael Barnett, Esq.
        Assistant United States Attorney (via ECF)